UNITED STATES of America, Plaintiff–Appellee

v.

**Ricardo RAMIREZ, Defendant–Appellant.**

No. 09–50139
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 20, 2009.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

John Scott Peterson, Waco, TX, for Defendant–Appellant.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Ricardo Ramirez, Forrest City, AR, pro se.

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Ricardo Ramirez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Ramirez has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

2.  *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.